**Order entered September 8, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00609-CV

## STEPHEN AARON BERGENHOLTZ, Appellant

## V.

## JOSEPHINE DONNA ESKENAZI, Appellee

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-00117-2014**

## ORDER

Before the Court is appellant's motion to consolidate the appeal in 05-14-00609-CV, *Stephen Aaron Bergenholtz, v. Josephine Donna Eskenazi* with the appeal in 05-14-00745-CV, *In the Interest of S.M.B.* Cause number 05-14-00609-CV, *Stephen Aaron Bergenholtz, v. Josephine Donna Eskenazi*, arises from trial court cause number 366-00117-2014, in which appellant appeals the trial court's order dismissing his petition for bill of review, which sought to set aside the trial court's property division in the modified final divorce decree rendered on January 19, 2010 in trial court cause number 366-51444-2008.

The clerk's record has not yet been filed in cause number 05-14-00735-CV, *In the Interest of S.M.B.,*[1] but based on the information in appellant's notice of appeal, it appears to be an appeal arising from an order signed May 19, 2014 to unseal records in the divorce and suit affecting parent child relationship in trial court cause number 366-51444-2008.

Because the orders appealed arise from two different trial court cases, the appeals shall remain separate for purposes of docketing and briefing. To the extent both appeals remain pending, at the time of submission both appeals will be submitted for decision to the same panel on the same date. We **DIRECT** the Clerk to designate these cases as companion cases. We **DENY** the motion to consolidate except to the extent set forth in this order.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE

---

[1] The Court advised appellant by letter dated August 25, 2014 that it had received notice from the district clerk that the clerk's record has not been filed because appellant has not paid or made arrangements to pay the clerk's fee. The Court requested that appellant provide the Court, within ten days of the date of the letter, written verification that appellant has paid or made arrangements to pay the clerk's fee; or written documentation that appellant has been found to be entitled to proceed without payment of costs. The Court cautioned appellant if it did not receive the required documentation within the time specified, the Court may dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 37.3(b). To date, appellant has not responded to the Court's letter.